USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-16-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

AXEL RENTAS,

                                  Plaintiff,   **ORDER**

              -against-                        09 CV 0071 (JSR)(RLE)

C.O. PEREZ, SHIELD # 15848, INMATE TALFORD
MARSHALL, I.D. B+C NO. 349-07-15-770, AND D.O.C.,

        Defendants
------------------------------------------------------------------ x

Upon the application of defendants Department of Correction and C.O. Perez, for leave to take the deposition of plaintiff, Axel Rentas, an inmate, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED UPON THE CONSENT OF THE NEW YORK CITY DEPARTMENT OF CORRECTION:** (1) that the Warden or other official in charge of the George R. Vierno Center on Rikers Island make available inmate Axel Rentas, B/C No. 825-07-03434, NYSID No. 06800425Z, for the taking of his deposition on April 12, 2010 at 10:30 A.M., and for so long thereafter, from day to day, as the deposition continues; and (2) that also present at the deposition will be Mary O'Flynn and Lisa Richardson, attorneys for defendants, and a court reporter to be designated by defendants.

Dated: New York, New York
       March 16, 2010

                                                                         HON. RONALD L. ELLIS, U.S.M.J.